# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MIGUEL OYOLA,

    Plaintiff,

v.                                    CASE NO. 4:18cv325-RH/CAS

O.J. SIMPSON et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This prisoner case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed.

The report and recommendation correctly concludes that the plaintiff has abused the judicial process by failing to accurately disclose his prior lawsuits. In addition, the complaint is substantively frivolous and plainly fails to state a claim on which relief can be granted.

Accordingly,

IT IS ORDERED:

The clerk must enter judgment stating, "The complaint is dismissed for failure to state a claim on which relief can be granted." The clerk must close the file.

SO ORDERED on February 14, 2019.

s/Robert L. Hinkle<br>United States District Judge